B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Imperial Elevator Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4228065** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6650 N. Northwest Highway<br>Suite 106<br>Chicago, IL**<br>ZIP Code **60631** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Imperial Elevator Services, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                   Page 3

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Imperial Elevator Services, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Joseph E. Cohen**
Signature of Attorney for Debtor(s)

**Joseph E. Cohen 3123243**
Printed Name of Attorney for Debtor(s)

**Cohen & Krol**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602-4600**
Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**October 13, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James E. Druffel**
Signature of Authorized Individual

**James E. Druffel**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 13, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Imperial Elevator Services, Inc.**

_____  Case No. _____

Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| American Express Blue<br>P. O. Box 0001<br>Los Angeles, CA 90096-8000 | American Express Blue<br>P. O. Box 0001<br>Los Angeles, CA 90096-8000 | | | 16,856.00 |
| Amtrust<br>c/o McMahan & Sigunick, Ltd.<br>412 S. Wells St., 6th Flr.<br>Chicago, IL 60607 | Amtrust<br>c/o McMahan & Sigunick, Ltd.<br>412 S. Wells St., 6th Flr.<br>Chicago, IL 60607 | Lawsuit | | 15,188.40 |
| Bryan Cave<br>161 N. Clark St.<br>Suite 4300<br>Chicago, IL 60601 | Bryan Cave<br>161 N. Clark St.<br>Suite 4300<br>Chicago, IL 60601 | | | 30,869.00 |
| Canton Elevator<br>647 Third Street, N.W.<br>Massillon, OH 44647 | Canton Elevator<br>647 Third Street, N.W.<br>Massillon, OH 44647 | | | 35,458.00 |
| Cantore<br>c/o Gregory Kulas & Assoc.<br>30 N. La Salle St., Ste 2140<br>Chicago, IL 60602 | Cantore<br>c/o Gregory Kulas & Assoc.<br>30 N. La Salle St., Ste 2140<br>Chicago, IL 60602 | Lawsuit | | 20,000.00 |
| Capital One<br>P.O. Box 85167<br>Richmond, VA 23285-5167 | Capital One<br>P.O. Box 85167<br>Richmond, VA 23285-5167 | | | 25,539.00 |
| Illinois Department of Revenue<br>100 West Randolph Street<br>Bankruptcy Division<br>Chicago, IL 60601 | Illinois Department of Revenue<br>100 West Randolph Street<br>Bankruptcy Division<br>Chicago, IL 60601 | | | 16,888.30 |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604 | | | 258,000.00 |
| James Druffel<br>1414 Althea Drive<br>Mount Prospect, IL 60056 | James Druffel<br>1414 Althea Drive<br>Mount Prospect, IL 60056 | Loan | | 232,712.00 |
| James Druffel<br>1414 Althea Drive<br>Mount Prospect, IL 60056 | James Druffel<br>1414 Althea Drive<br>Mount Prospect, IL 60056 | Back Pay | | 105,679.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Imperial Elevator Services, Inc.**                                    Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **James Druffel** **1414 Althea Drive** **Mount Prospect, IL 60056** | **James Druffel** **1414 Althea Drive** **Mount Prospect, IL 60056** | **Back Pay not entitled to Priority** | | **93,954.00** |
| **James Druffel** **1414 Althea Drive** **Mount Prospect, IL 60056** | **James Druffel** **1414 Althea Drive** **Mount Prospect, IL 60056** | **Loan** | | **48,250.00** |
| **Libra** **c/o Pavolich Law, LLC** **2952 W. Irving Park Rd., Ste D** **Chicago, IL 60618** | **Libra** **c/o Pavolich Law, LLC** **2952 W. Irving Park Rd., Ste D** **Chicago, IL 60618** | **Lawsuit** | | **32,085.00** |
| **Minnesota Elevator, Inc.** **c/o Scandaglia & Ryan** **55 E. Monroe St., Ste 3440** **Chicago, IL 60603** | **Minnesota Elevator, Inc.** **c/o Scandaglia & Ryan** **55 E. Monroe St., Ste 3440** **Chicago, IL 60603** | **Court File No. 08-CV-4662 RC** | | **443,813.26** |
| **NEI Benefit Plans** **19 Campus blvd.** **Suite 200** **Newtown Square,, PA** | **NEI Benefit Plans** **19 Campus blvd.** **Suite 200** **Newtown Square,, PA** | | | **62,713.32** |
| **Peele** **c/o Teller Levit & Silvertrust, P.C** **11 E. Adams St., 8th Floor** **Chicago, IL 60603** | **Peele** **c/o Teller Levit & Silvertrust, P.C** **11 E. Adams St., 8th Floor** **Chicago, IL 60603** | **Lawsuit** | | **28,951.57** |
| **Stephen E. Figliulo** **11313 Arrowhead** **Indian Head Park, IL 60525** | **Stephen E. Figliulo** **11313 Arrowhead** **Indian Head Park, IL 60525** | **Back Pay** | | **87,979.00** |
| **Stephen E. Figliulo** **11313 Arrowhead** **Indian Head Park, IL 60525** | **Stephen E. Figliulo** **11313 Arrowhead** **Indian Head Park, IL 60525** | **Back Pay not entitled to Priority** | | **76,254.00** |
| **Stephen Figliulo** **11313 Arrowhead** **Indian Head Park, IL 60525** | **Stephen Figliulo** **11313 Arrowhead** **Indian Head Park, IL 60525** | **Loan** | | **20,000.00** |
| **XL Specialties Insurance** **693 Bloomfield Road** **Bloomfield, CT 06002** | **XL Specialties Insurance** **693 Bloomfield Road** **Bloomfield, CT 06002** | **UPAC Liability & Comp Ins.** | | **19,894.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Imperial Elevator Services, Inc.**                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 13, 2010**                     Signature  **/s/ James E. Druffel**
_____              _____
                                     **James E. Druffel**
                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re  **Imperial Elevator Services, Inc.**                                                          ,          Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank of America** <br> **Attention: Bankruptcy** <br> **P.O. Box 15026** <br> **Wilmington, DE 19850-5026** | - | | Secured by all assets <br><br><br> Value $          **450,000.00** | | | | **380,845.14** | **0.00** |
| Account No. <br><br> **Bank of America** <br> **Attention: Bankruptcy** <br> **P.O. Box 15026** <br> **Wilmington, DE 19850-5026** | - | | Secured by all assets <br><br><br> Value $          **450,000.00** | | | | **45,767.35** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **426,612.49** | **0.00** |
| Total <br> (Report on Summary of Schedules) | **426,612.49** | **0.00** |

B6E (Official Form 6E) (4/10)

In re    **Imperial Elevator Services, Inc.**                                         ,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**3** _____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Imperial Elevator Services, Inc.** ,            Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James Druffel**<br>**1414 Althea Drive**<br>**Mount Prospect, IL 60056** | - | | **Back Pay** | | | | **105,679.00** | **93,954.00** | **11,725.00** |
| Account No.<br><br>**Matthew N. McCann**<br>**404 North Raynor Avenue**<br>**Joliet, IL 60435** | - | | **Employee back pay** | | | | **3,837.00** | **0.00** | **3,837.00** |
| Account No.<br><br>**Michael Greene**<br>**6705 West 165th Street**<br>**Tinley Park, IL 60477** | - | | **Employee back pay** | | | | **1,796.00** | **0.00** | **1,796.00** |
| Account No.<br><br>**Robert Fierke**<br>**8133 Neuport Drive**<br>**Willow Springs, IL 60480** | - | | **Employee back pay** | | | | **2,127.00** | **0.00** | **2,127.00** |
| Account No.<br><br>**Stephen E. Figliulo**<br>**11313 Arrowhead**<br>**Indian Head Park, IL 60525** | - | | **Back Pay** | | | | **87,979.00** | **76,254.00** | **11,725.00** |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **201,418.00**          **170,208.00**
**31,210.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Imperial Elevator Services, Inc.** _____ ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **William Plastina** <br> **425 Belmont Lane** <br> **Bartlett, IL 60103** | - | | **Employee back pay** | | | | 4,034.00 | 0.00 | 4,034.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | | 0.00 | |
|---|---|---|---|
| (Total of this page) | 4,034.00 | | 4,034.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Imperial Elevator Services, Inc.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **36-4228065** | | | | | | | | | |
| **Illinois Department of Revenue 100 West Randolph Street Bankruptcy Division Chicago, IL 60601** | - | | | | | | 16,888.30 | 0.00 | 16,888.30 |
| Account No. **36-4228065** | | | | | | | | | |
| **Internal Revenue Service Mail Stop 5010 CHI 230 South Dearborn Street Chicago, IL 60604** | - | | | | | | 258,000.00 | 0.00 | 258,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 274,888.30 | 0.00 274,888.30 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 480,340.30 | 170,208.00 310,132.30 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Imperial Elevator Services, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **AEC Electric Corp. 5601 W. Howard Street Niles, IL 60714** | - | | | | | | | | 2,333.05 |
| Account No. **American Express Blue P. O. Box 0001 Los Angeles, CA 90096-8000** | - | | | | | | | | 16,856.00 |
| Account No. **American Express Gold P. O. Box 0001 Los Angeles, CA 90096-8000** | - | | | | | | | | 12,634.00 |
| Account No. **American Realty Services, Inc. 6650 N. Northwest Highway Chicago, IL 60631** | - | | | | | | | | 9,671.00 |
| __10__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | | 41,494.05 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:29730-100510    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Elevator Services, Inc.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lawsuit | | | | |
| Amtrust c/o McMahan & Sigunick, Ltd. 412 S. Wells St., 6th Flr. Chicago, IL 60607 | - | | | | | | | 15,188.40 |
| Account No. | | | | | | | | |
| AT&T P. O. Box 8100 Aurora, IL 60507-8100 | - | | | | | | | 618.38 |
| Account No. | | | | | | | | |
| Bryan Cave 161 N. Clark St. Suite 4300 Chicago, IL 60601 | - | | | | | | | 30,869.00 |
| Account No. | | | | | | | | |
| Cameron Electric Motor Corporation 551 W. Lexington Chicago, IL 60607 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Canton Elevator 647 Third Street, N.W. Massillon, OH 44647 | - | | | | | | | 35,458.00 |

| | | |
|---|---|---|
| Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 82,133.78 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Imperial Elevator Services, Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Lawsuit | | | | | |
| **Cantore** c/o Gregory Kulas & Assoc. 30 N. La Salle St., Ste 2140 Chicago, IL 60602 | - | | | | | | | 20,000.00 |
| Account No. | | | | | | | | |
| **Capital One** P.O. Box 85167 Richmond, VA 23285-5167 | - | | | | | | | 25,539.00 |
| Account No. | | | | | | | | |
| **Christopher Emerle, CPA** 64 Old Orchard Center Suite 339 Skokie, IL 60077 | - | | | | | | | 2,400.00 |
| Account No. | | | | | | | | |
| **City of Chicago** Dept. of Revenue P.O. Box 88292 Chicago, IL 60680 | - | | | | | | | 4,530.00 |
| Account No. | | | | | | | | |
| **Columbia Elevator Products Co., Inc** 7702 West 5th Avenue Winfield, KS 67156 | - | | | | | | | 9,234.33 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 61,703.33 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Elevator Services, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197-6111** | | - | | | | | | 265.04 |
| Account No. | | | | | | | | |
| **Contractors Adjustment Company** **570 Lake Cook Road** **Deerfield, IL 60015** | | - | | | | | | 3,280.00 |
| Account No. | | | | | | | | |
| **Davies Supply Company** **6601 W. grand Avenue** **Chicago, IL 60707** | | - | | | | | | 3,013.75 |
| Account No. | | | | Lawsuit | | | | |
| **Ebling** **c/o Teller Levit & Silverstrust, P.C** **11 E. Adams St. 8th Floor** **Chicago, IL 60603** | | - | | | | | | 11,557.14 |
| Account No. | | | | | | | | |
| **Elevator Equipment Corporation** **4035 Goodwin Avenue** **Los Angeles, CA 90039-1190** | | - | | | | | | 599.99 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,715.92

B6F (Official Form 6F) (12/07) - Cont.

In re  **Imperial Elevator Services, Inc.**                            ,     Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Enterprise Elevator Products**<br>**1605 Ridgely Street**<br>**Baltimore, MD 21230** | - | | | | | | 1,000.00 |
| Account No. | | | | | | | |
| **Figliulo & Silverman**<br>**10 S. LaSalle St.**<br>**Suite 3600**<br>**Chicago, IL 60603** | - | | | | | | 11,551.00 |
| Account No. | | | | | | | |
| **First Insurance Funding Corp.**<br>**8075 Innovation Way**<br>**Chicago, IL 60682** | - | | | | | | 2,548.61 |
| Account No. | | | | | | | |
| **Fixture Company**<br>**923 N. State Street**<br>**Elgin, IL 60123** | - | | | | | | 1,992.53 |
| Account No. | | | | | | | |
| **General Machining, Inc.**<br>**1474 W. Hubbard Street**<br>**Chicago, IL 60622-6373** | - | | | | | | 5,049.00 |

Sheet no. __4___ of __10__ sheets attached to Schedule of          Subtotal          | 22,141.14 |
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Elevator Services, Inc.** _____,   Case No. _____

_____ Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Grainger** **Dept. 850012923** **Palatine, IL 60038** | - | | | | | | | 1,354.74 |
| Account No. | | | | | | | | |
| **Hollister-Whitney Elevator** **#1 Hollister-Whitney Parkway** **Quincy, IL 62305** | - | | | | | | | 11,056.79 |
| Account No. | | | | Lawsuit | | | | |
| **Imperial Electric** **c/o Teller Levit & Silvertrust, P.C** **11 E. Adams St., 8th Floor** **Chicago, IL 60603** | - | | | | | | | 7,598.35 |
| Account No. | | | | Loan | | | | |
| **James Druffel** **1414 Althea Drive** **Mount Prospect, IL 60056** | - | | | | | | | 232,712.00 |
| Account No. | | | | Loan | | | | |
| **James Druffel** **1414 Althea Drive** **Mount Prospect, IL 60056** | - | | | | | | | 48,250.00 |

Sheet no. **_5_** of **_10_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **300,971.88**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Imperial Elevator Services, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Back Pay not entitled to Priority | | | | |
| James Druffel 1414 Althea Drive Mount Prospect, IL 60056 | - | | | | | | 93,954.00 |
| Account No. | | | Lawsuit | | | | |
| Kone c/o Teller Levit & Silverstrust, P.c 11 E. Adams St., 8th Floor Chicago, IL 60603 | - | | | | | | 7,160.20 |
| Account No. | | | Lawsuit | | | | |
| Libra c/o Pavolich Law, LLC 2952 W. Irving Park Rd., Ste D Chicago, IL 60618 | - | | | | | | 32,085.00 |
| Account No. | | | | | | | |
| Linden Elevator Specialties 3471 E. 450 North P. O. Box 106 Lewisville, ID 83431 | - | | | | | | 1,790.85 |
| Account No. | | | | | | | |
| Lou-Bob Co. 3650 S. Homan Avenue Chicago, IL 60632 | - | | | | | | 2,794.30 |

Sheet no. __6___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

137,784.35

B6F (Official Form 6F) (12/07) - Cont.

In re  **Imperial Elevator Services, Inc.** ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Magnetek, Inc.** **Dept. 5367** **P. O. Box 3090** **Milwaukee, WI 53201-3090** | - | | | | | | | 2,263.93 |
| Account No. | | | | | | | | |
| **McGuire Woods, LLP** **Attn: Accounts Receivable** **901 E. cary Street** **Richmond, VA 23219-4030** | - | | | | | | | 13,436.11 |
| Account No. | | | | Court File No. 08-CV-4662 RC | | | | |
| **Minnesota Elevator, Inc.** **c/o Scandaglia & Ryan** **55 E. Monroe St., Ste 3440** **Chicago, IL 60603** | - | | | | | | | 443,813.26 |
| Account No. | | | | | | | | |
| **Motion Control Engineering** **4183 Paysphere Circle** **Chicago, IL 60674** | - | | | | | | | 7,556.83 |
| Account No. | | | | | | | | |
| **Mullen Circle brand, Inc.** **P. O. Box 8487** **Northfield, IL 60093-8487** | - | | | | | | | 538.98 |

Sheet no. __7__ of __10__ sheets attached to Schedule of   Subtotal
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)   467,609.11

B6F (Official Form 6F) (12/07) - Cont.

In re  **Imperial Elevator Services, Inc.**                                                      ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **NEI Benefit Plans** **19 Campus blvd.** **Suite 200** **Newtown Square,, PA** | - | | | | | | | 62,713.32 |
| Account No. | | | | | | | | |
| **Palm Electric** **2918 W. Grand Avenue** **Chicago, IL 60622** | - | | | | | | | 3,099.00 |
| Account No. | | | Lawsuit | | | | | |
| **Peele** **c/o Teller Levit & Silvertrust, P.C** **11 E. Adams St., 8th Floor** **Chicago, IL 60603** | - | | | | | | | 28,951.57 |
| Account No. | | | | | | | | |
| **Pitney Bowes** **P. O. Box 85390** **Louisville, KY 40285-5390** | - | | | | | | | 1,112.58 |
| Account No. | | | | | | | | |
| **Pitney Bowes - rental** **P. O. Box 856390** **Louisville, KY 40285-5390** | - | | | | | | | 271.41 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                96,147.88

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Imperial Elevator Services, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **QBF Graphics Group** **1411 Enterprise Drive** **Romeoville, IL 60446** | - | | | | | | 137.25 |
| Account No. **Shell Credit Card** **P.O. Box 689151** **Des Moines, IA 50368-9151** | - | | | | | | 10,460.00 |
| Account No. **Stephen E. Figliulo** **11313 Arrowhead** **Indian Head Park, IL 60525** | - | | Back Pay not entitled to Priority | | | | 76,254.00 |
| Account No. **Stephen Figliulo** **11313 Arrowhead** **Indian Head Park, IL 60525** | - | | Loan | | | | 20,000.00 |
| Account No. **Storino Ramello & Durkin** **9501 W. Devon Avenue** **Rosemont, IL 60018** | - | | | | | | 4,595.81 |

Sheet no. __9__ of __10__ sheets attached to Schedule of           Subtotal           111,447.06
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Imperial Elevator Services, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Thompson Elevator Inspection** <br> **1302 Thayer Street** <br> **Mount Prospect, IL 60056** | | - | | | | | 11,850.00 |
| Account No. <br><br> **Viking Printing** <br> **530 East Gree Street** <br> **Bensenville, IL 60106** | | - | | | | | 714.97 |
| Account No. <br><br> **XL Specialties Insurance** <br> **693 Bloomfield Road** <br> **Bloomfield, CT 06002** | | - | **UPAC Liability & Comp Ins.** | | | | 19,894.00 |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 32,458.97 |
| Total (Report on Summary of Schedules) | 1,372,607.47 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Imperial Elevator Services, Inc.**                                    Case No.
                                        Debtor(s)              Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**24**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **October 13, 2010**                    Signature    **/s/ James E. Druffel**

                                                **James E. Druffel**
                                                **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Imperial Elevator Services, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.  $ **1,039.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods;preparation of Plan; preparation of Form 22C and amendments; relief from stay actions**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 13, 2010**

**/s/ Joseph E. Cohen**
**Joseph E. Cohen 3123243**
**Cohen & Krol**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602-4600**
**312-368-0300  Fax: 312-368-4559**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Imperial Elevator Services, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **62**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **October 13, 2010**

**/s/ James E. Druffel**

**James E. Druffel**/**President**
Signer/Title

AEC Electric Corp.
5601 W. Howard Street
Niles, IL 60714

American Express Blue
P. O. Box 0001
Los Angeles, CA 90096-8000

American Express Gold
P. O. Box 0001
Los Angeles, CA 90096-8000

American Realty Services, Inc.
6650 N. Northwest Highway
Chicago, IL 60631

Amtrust
c/o McMahan & Sigunick, Ltd.
412 S. Wells St., 6th Flr.
Chicago, IL 60607

AT&T
P. O. Box 8100
Aurora, IL 60507-8100

Bank of America
Attention: Bankruptcy
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of America
Attention: Bankruptcy
P.O. Box 15026
Wilmington, DE 19850-5026

Bryan Cave
161 N. Clark St.
Suite 4300
Chicago, IL 60601

Cameron Electric Motor Corporation
551 W. Lexington
Chicago, IL 60607

Canton Elevator
647 Third Street, N.W.
Massillon, OH 44647


Cantore
c/o Gregory Kulas & Assoc.
30 N. La Salle St., Ste 2140
Chicago, IL 60602


Capital One
P.O. Box 85167
Richmond, VA 23285-5167


Christopher Emerle, CPA
64 Old Orchard Center
Suite 339
Skokie, IL 60077


City of Chicago
Dept. of Revenue
P.O. Box 88292
Chicago, IL 60680


Columbia Elevator Products Co., Inc
7702 West 5th Avenue
Winfield, KS 67156


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Contractors Adjustment Company
570 Lake Cook Road
Deerfield, IL 60015


Davies Supply Company
6601 W. grand Avenue
Chicago, IL 60707


Ebling
c/o Teller Levit & Silvertrust, P.C
11 E. Adams St. 8th Floor
Chicago, IL 60603

Elevator Equipment Corporation
4035 Goodwin Avenue
Los Angeles, CA 90039-1190


Enterprise Elevator Products
1605 Ridgely Street
Baltimore, MD 21230


Figliulo & Silverman
10 S. LaSalle St.
Suite 3600
Chicago, IL 60603


First Insurance Funding Corp.
8075 Innovation Way
Chicago, IL 60682


Fixture Company
923 N. State Street
Elgin, IL 60123


General Machining, Inc.
1474 W. Hubbard Street
Chicago, IL 60622-6373


Grainger
Dept. 850012923
Palatine, IL 60038


Hollister-Whitney Elevator
#1 Hollister-Whitney Parkway
Quincy, IL 62305


Illinois Department of Revenue
100 West Randolph Street
Bankruptcy Division
Chicago, IL 60601


Imperial Electric
c/o Teller Levit & Silvertrust, P.C
11 E. Adams St., 8th Floor
Chicago, IL 60603

```
Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604


James Druffel
1414 Althea Drive
Mount Prospect, IL 60056


James Druffel
1414 Althea Drive
Mount Prospect, IL 60056


James Druffel
1414 Althea Drive
Mount Prospect, IL 60056


James Druffel
1414 Althea Drive
Mount Prospect, IL 60056


Kone
c/o Teller Levit & Silvertrust, P.c
11 E. Adams St., 8th Floor
Chicago, IL 60603


Libra
c/o Pavolich Law, LLC
2952 W. Irving Park Rd., Ste D
Chicago, IL 60618


Linden Elevator Specialties
3471 E. 450 North
P. O. Box 106
Lewisville, ID 83431


Lou-Bob Co.
3650 S. Homan Avenue
Chicago, IL 60632


Magnetek, Inc.
Dept. 5367
P. O. Box 3090
Milwaukee, WI 53201-3090
```

Matthew N. McCann
404 North Raynor Avenue
Joliet, IL 60435


McGuire Woods, LLP
Attn: Accounts Receivable
901 E. cary Street
Richmond, VA 23219-4030


Michael Greene
6705 West 165th Street
Tinley Park, IL 60477


Minnesota Elevator, Inc.
c/o Scandaglia & Ryan
55 E. Monroe St., Ste 3440
Chicago, IL 60603


Motion Control Engineering
4183 Paysphere Circle
Chicago, IL 60674


Mullen Circle brand, Inc.
P. O. Box 8487
Northfield, IL 60093-8487


NEI Benefit Plans
19 Campus blvd.
Suite 200
Newtown Square,, PA


Palm Electric
2918 W. Grand Avenue
Chicago, IL 60622


Peele
c/o Teller Levit & Silvertrust, P.C
11 E. Adams St., 8th Floor
Chicago, IL 60603


Pitney Bowes
P. O. Box 85390
Louisville, KY 40285-5390

Pitney Bowes - rental
P. O. Box 856390
Louisville, KY 40285-5390


QBF Graphics Group
1411 Enterprise Drive
Romeoville, IL 60446


Robert Fierke
8133 Neuport Drive
Willow Springs, IL 60480


Shell Credit Card
P.O. Box 689151
Des Moines, IA 50368-9151


Stephen E. Figliulo
11313 Arrowhead
Indian Head Park, IL 60525


Stephen E. Figliulo
11313 Arrowhead
Indian Head Park, IL 60525


Stephen Figliulo
11313 Arrowhead
Indian Head Park, IL 60525


Storino Ramello & Durkin
9501 W. Devon Avenue
Rosemont, IL 60018


Thompson Elevator Inspection
1302 Thayer Street
Mount Prospect, IL 60056


Viking Printing
530 East Gree Street
Bensenville, IL 60106


William Plastina
425 Belmont Lane
Bartlett, IL 60103

XL Specialties Insurance
693 Bloomfield Road
Bloomfield, CT 06002